IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN 25 2007
AT____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

**UNITED STATES OF AMERICA,**

-vs-                                                        Criminal No. 05-CR-347 (NAM)

**ANTHONY DEJOHN,**

      Defendant.

## ORDER DIRECTING RELEASE OF
## FORFEITED ASSETS FROM SAFE DEPOSIT BOX

    **WHEREAS**, August 12, 2005, this Court issued a Post-Indictment Restraining Order preserving the interests of the United States in the contents of Bank of America Safe Deposit Box No. 629, which is $79,500 in U.S. Currency; and

    **WHEREAS**, on April 10, 2007, this Court entered a Preliminary Order of Forfeiture ordering defendant Anthony DeJohn to forfeit his interest in certain property, including, but not limited to, the subject $79,500 in U.S. Currency; and

    **WHEREAS**, the sum of $79,500 is currently being held in a safe deposit box at the Bank of America, Fayetteville, New York,

    **NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, that Bank of America shall release the $79,500 in U.S. Currency being held in a safe deposit box to DEA Special Agent Anthony Hart for the purpose of turning the said currency over to the United States Marshals Service; and it is further

    **ORDERED, ADJUDGED AND DECREED**, that the United States Attorney's Office shall direct the United States Marshals Service to arrest the property pursuant to the

Preliminary Order of Forfeiture, and deposit the funds into its Seized Assets Account until further Order of this Court; and it is further

**ORDERED, ADJUDGED AND DECREED**, that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

Dated:  June 25th, 2007
Syracuse, New York

SO ORDERED:

*Norman A. Mordue*
HONORABLE NORMAN A. MORDUE
CHIEF UNITED STATES DISTRICT JUDGE